**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**MEMO ENDORSED**

BESMIRA ULAJ,
P.F.

Plaintiffs

v.

Markwayne MULLIN, Secretary of Department of Homeland Security, *et al.*,

Defendants.

Civil Case No. 1:26-cv-06687-KPF

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

Per Federal Rule of Civil Procedure 65, Plaintiff move for a preliminary injunction against Defendants, ordering them to immediately adjudicate Plaintiff's pending Form I-589 nunc pro tunc asylum application and for the adjudication of her pending Form I-131 application for refugee travel document.

Plaintiffs, Bemsira Ulaj and P.F. request that the Court issue a preliminary injunction ordering Defendants to

a) Declare that the Defendants have unreasonably delayed adjudication of Plaintiff's Forms I-589 and I-131;
b) Order Defendants DHS/USCIS to immediately adjudicate the Forms I-589 and I-131;
c) and grant judgment in favor of Plaintiff and against Defendants, for attorneys fees, costs and all other relief to which Plaintiff may be entitled under the law and evidence.
d) Granting such other relief at law and in equity as justice may require.

Plaintiffs' motion is based on the attached memorandum of law, affidavit of Plaintiff Besmira Ulaj, as well as additional evidence, and any oral argument or evidence presented at the preliminary-injunction hearing. Plaintiffs are entitled to a preliminary injunction because they have shown "'(a) irreparable harm and (b) either (1) likelihood of success on the merits or (2)

sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly toward the party requesting the preliminary relief.'" *Citigroup Glob. Markets, Inc. v. VCG Special Opportunities Master Fund Ltd.*, 598 F.3d 30, 35 (2d Cir. 2010).

Plaintiffs have already served all Defendants, as well as the SDNY US Attorneys Office and DOJ with the summons and complaint, and filed the Affidavit of Service along with USPS certified mail receipts and confirmations, ECF 6.

Undersigned Counsel emailed the SDNY US Attorneys Office Jeffrey Oestericher, Brandon Waterman and Leslie Ramirez-Fisher today, advising that Plaintiffs are filing a motion for a preliminary injunction today August 14, 2026. Counsel also spoke on the phone with AUSA Ramirez-Fisher about the case today.

Respectfully submitted,
/s/Heidi J Meyers
Counsel for Plaintiffs
Law Office of Heidi J Meyers
11 Broadway, Suite 925
New York, N.Y. 10004
heidimeyerslaw@hmeyers.com
(646) 508-5225

**CERTIFICATE OF SERVICE**

I, Heidi J Meyers, declare under penalty of perjury that I served a copy of this motion and all attached exhibits via ECF to the US Attorneys Office SDNY.

Dated: August 14, 2026 *s/ Heidi J Meyers*

New York NY

The Court is in receipt of Plaintiff's motion for a preliminary injunction and supporting papers. (*See* Dkt. #7). The Court does not understand Plaintiff to have filed this motion on an emergency basis -- Plaintiff has not sought a temporary restraining order; did not call Chambers to inform the Court of an emergency application, *see* Individual Rules, Rule 6(A); and did not tag her preliminary injunction motion on ECF with any notation of an emergency -- so the standard briefing schedule provided by this District's Local Rules shall apply. That is, Defendants shall file their opposition on or before **August 28, 2026**, and Plaintiff shall reply on or before **September 4, 2026**. *See* Local Civil Rule 6.1(b). The Court will then decide Plaintiff's motion in due course.

Dated: August 17, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE